MARY BEEBE et al., Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Defendant, and ASSOCIATES FOR WOMEN'S MEDICINE, PLLC, et al., Respondents.

Submitted February 17, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

INEZ BIELECKI, Appellant, v RICHARD BIELECKI, Respondent.

Submitted April 6, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.

In the Matter of PAULINA C. VICTORIANO CANDIA, Respondent, v SALVATORE MENDOZA CRUZ, Appellant.

Submitted March 30, 2015; decided May 14, 2015

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal to that Court from the June 2013 Family Court order, dismissed upon the ground that such part of the order does not finally determine a proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.